AO 243 (Rev. 01/15)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

FILED by ___ D.C.
JUL 03 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| United States District Court | Southern | District | Florida (West Palm Beach) |
|---|---|---|---|
| Name (under which you were convicted): Leon Brice Johnson | | | Docket or Case No.: 113C9:07CR80036 |
| Place of Confinement: FCI Loretto (Low) | | Prisoner No.: 72686-004 | |
| UNITED STATES OF AMERICA | | Movant (include name under which convicted) | |
| | v. | Leon Brice Johnson | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
United States Court, Southern District of Florida, West Palm Beach Division, 701 Clematis Street, Room 402, West Palm Beach, Florida 33401.

   (b) Criminal docket or case number (if you know): 113C9:07CR80036

2. (a) Date of the judgment of conviction (if you know): August 22, 2008

   (b) Date of sentencing: August 22, 2008

3. Length of sentence: 264 Months

4. Nature of crime (all counts): Count 1 8 u.s.c. Subsection 1324(a)(1)(A)(i)-Conspiracy to smuggle aliens. Counts 16, 17, 18, 8 u.s.c. Subsection 1324(a)(1)(B)(iv)-smuggling aliens resulting in death. Counts 22 Conspiracy to import cocaine 21 u.s.c. Subsection 952(a) and 963. Count 24- 21 u.s.c. Subsection 952(a) and 963-Conspiracy to import Heroin.

5. (a) What was your plea? (Check one)
   (1) Not guilty [✓]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   cat/div 510/2255/WPB
   Case # 02CR8003?
   Judge Hurley Mag WM
   Motn Ifp ✓ Fee pd $ __
   Receipt # __

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [ ]   Judge only [✓]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

8. Did you appeal from the judgment of conviction?   Yes [ ]   No [✓]

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): N/A
   (2) Result: N/A
   N/A
   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A
   (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A
        (4) Nature of the proceeding: N/A
        (5) Grounds raised: N/A

AO 243 (Rev. 01/15)                                                                                                          Page 4

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☑
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: N/A
    (2) Docket of case number (if you know): N/A
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: N/A
    (5) Grounds raised: N/A

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐   No ☑
    (7) Result: N/A
    (8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ☐   No ☑
    (2) Second petition:  Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
Counsel advised me not to appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                               Page 5

**GROUND ONE:** <u>I am serving an illegal sentence that was imposed outside of the guidelines range applicable to me for the crime I was charged.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The U.S. Probation Officer made an error when he grouped §2A1.2 with Count 1 of the indictment when §2A1.2 is explicitly excluded from the guidelines grouping under the U.S.S.C. §3D1.2, which specifically forbids the grouping of Homicide offenses. Due to the Probation Officers error I received a guidelines range of 262 to 327 months of imprisonment when I was suposed to have received a 188 to 235 months sentence of imprisonment. I am serving a 264 month sentence of imprisonment which is way out side of the 188 to 235 range which is illegal.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:
     N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☑

AO 243 (Rev. 01/15)                                                    Page 6

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Counsel refused to file an appeal after I advised him to do so.

**GROUND TWO:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐  No ☑

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐  No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐  No ☑

    (6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐  No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐  No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed: N/A
  Docket or case number (if you know): N/A
  Date of the court's decision: N/A
  Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☑

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☑

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☑

    (6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know):    N/A
Date of the court's decision:    N/A
Result (attach a copy of the court's opinion or order, if available): N/A

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:    N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Yes I should not have been charged with second degree murder for transporting illegal aliens into the United States because these people entered on there on free will, and all I did was provide transportation.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    N/A

    (b) At the arraignment and plea:

    N/A

    (c) At the trial:

    N/A

    (d) At sentencing:

    N/A

    (e) On appeal:

    N/A

    (f) In any post-conviction proceeding:

    N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:

    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    Although I am filing this motion in light of new Supreme Court Precedent, Florencio Rosales-Mireles, No.16-9493, within the one year as required under 2255(f)(3), it is no time limitation for a petitioner to bring forth and challenge a Constitutional error that was made by the Judicial Court in which violates a defendants Rights or were a defendant can show the denial of a Constitutional Right.

This motion should be treated as timely.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
        (1)   the date on which the judgment of conviction became final;
        (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                  Page 13

Therefore, movant asks that the Court grant the following relief: That the Court remove the illegal grouping points, vacate and remand his sentence, and sentence the petitioner to a correct within advisory guidelines range of 188 to 235 months of imprisonment

or any other relief to which movant may be entitled.


                                                    N/A
                                          _____
                                          Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on   June 28, 2018
                                                                                                            (month, date, year)


Executed (signed) on   6/28/2018                          (date)


                                          *Leon Brice-Johnson*
                                          _____
                                          Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

AO 243 (Rev. 01/15)                                                                                                  Page 13

Leon Brice-Johnson # 73686-004
Federal correctional Institution
P.O. Box 1000
Loretto Pennsylvania 15940

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK · ROOM BN09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

legal Mail



legal Mail